**No. 61282.**—A. V. Olsson Trading Co. et al. *v.* United States, protests 246850–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.